IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
ANDERSON/GREENWOOD DIVISION

RECEIVED CHARLESTON, SC
USDC, CLER...
2009 DEC -9 P 1: 23

William Howard Rutland, #0903032,    )
                                     )
            Plaintiff,               )
                                     )
v.                                   )    Civil Action No. 8:09-1717-SB
                                     )
Berkeley County Sheriff Wayne        )    **ORDER**
Dewitt, Capt. Barry Currie, Lt.      )
Butch Rivers, Sgt. Kris Jacuman,     )
and Sgt. Rosemary Sanders,           )
                                     )
            Defendants.              )
_____)



        This matter is before the Court upon the Plaintiff's pro se complaint filed pursuant

to 42 U.S.C. § 1983. By local rule, the matter was referred to a United States Magistrate

Judge for preliminary determinations.

        On November 4, 2009, United States Magistrate Judge Bruce Howe Hendricks

issued a report and recommendation ("R&R") analyzing the Plaintiff's complaint and

recommending that the Court dismiss the Plaintiff's complaint without prejudice and without

issuance and service of process. Attached to the R&R was a notice advising the Plaintiff

of his right to file specific, written objections to the R&R within ten days of the date of

service of the R&R. The Court mailed a copy of the R&R to the Plaintiff, but on November

16, 2009, the Court received the copy returned and marked as undeliverable/gone. On

November 16, 2009, however, the Court also received an address update from the Plaintiff.

Therefore, the Court mailed a copy of the R&R to the Plaintiff's new address. Despite this

second mailing, no objections have been filed to date.

        Absent timely objection from a dissatisfied party, a district court is not required to

review, under a de novo or any other standard, a Magistrate Judge's factual or legal conclusions. Thomas v. Arn, 474 U.S. 140, 150 (1985); Wells v. Shriner's Hosp., 109 F.3d 198, 201 (4th Cir. 1997). Here, because the Plaintiff did not file any specific, written objections, the Court need not conduct a de novo review of any portion of the R&R. Accordingly, the Court hereby adopts the Magistrate Judge's R&R (Entry 11) as the Order of this Court, and it is

**ORDERED** that the Defendants' motion for summary judgment is granted, and the Plaintiff's complaint is dismissed with prejudice.

**AND IT IS SO ORDERED**.

The Honorable Sol Blatt, Jr.
Senior United States District Judge

December 8, 2009
Charleston, South Carolina